Ruiz, Randal 1289357
CDC# V00678
MCJ 2500 B25
Box 86164
Los Angeles, CA
90086-0164

FILED
CLERK, U.S. DISTRICT COURT
APR 17 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT
CENTARL DISTRICT OF CALIFORNIA

| RUIZ | NO. CV-06-3481-RSWL (CW) |
|---|---|
| vs | PETITIONER'S EX PARTE REBUTTAL TO USMJ'S MINUTE ORDER, APRIL 6, 2009. |
| Tilton | |

The magistrate denied Ruiz's renewed motion for release (DOC 40), based upon not setting forth any persuasive reason for the court to reconsider its prior order. Petitioner has not receive the court's prior order.

Petitioner is in actual custody of the CDC on a parole revocation term which is being served in local detention facility, unless and until he is transfered to state prison.

As to there being "...nothing Petitioner needs to do in this action, and at this time which would require law library access.", Petitioner has an objectionably reasonable belief that there may be something to do in this action in the future. It is for that reason he sought verification of the ~~total petition~~ pending federal habeas action for GA05211, LASC. This is in anticipation of further action and the need to obtain legal papers related to this action.