1
2
3
4
5
6
7
8                      **UNITED STATES DISTRICT COURT**
9                      **CENTRAL DISTRICT OF CALIFORNIA**
10
11
12  RANDAL RUIZ,                      )      No. CV 06-3481-RSWL(CW)
                                      )
13                   Petitioner,      )      JUDGMENT
                                      )
14            v.                      )
                                      )
15  JAMES TILTON (Warden),            )
                                      )
16                   Respondent.      )
    ─────────────────────────────────)
17

18       **IT IS ADJUDGED** that the petition for writ of habeas corpus is

19  denied and the action dismissed with prejudice.

20

21  DATED: May 31, 2012

22                                          RONALD S.W. LEW

                                          ────────────────────────
23                                            RONALD S.W. LEW
                                          United States District Judge
24
25
26
27
28